**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF YUBA; JEREMY STRANG, JOHN JACENICH and MELANIE MARQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GREEN, individually and doing business as GREEN SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF YUBA; JEREMY STRANG, individually and in his official capacity; JOHN JACENICH, individually and his official capacity; MELANIE MARQUEZ, individually and in her official capacity And DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 2:18-CV-02234-JAM-AC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER**<br><br>Complaint: 08/16/18 |

Pursuant to Local Rule 144(a), Plaintiff JUSTIN GREEN and Defendants COUNTY OF YUBA, JEREMY STRANG, JOHN JACENICH and MELANIE MARQUEZ ("Defendants"), by and through their respective counsel, hereby agree to extend the time an additional 14 days, to April 5, 2019, for Defendants to respond to the Second Amended Complaint of Plaintiff served on March 8, 2019 (ECF No. 14). Good cause exists for this extension, as the parties are engaged in meet and confer process in an effort to potentially avoid a motion to dismiss, and additional time is necessary to complete the meet and confer process.

| | | |
|---|---|---|
| Dated: March 22, 2019 | | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |

By /s/John R. Whitefleet
    John R. Whitefleet
    Attorney for Defendants COUNTY OF YUBA, JEREMY STRANG, JOHN JACENICH and MELANIE MARQUEZ

Dated: March 22, 2019            ATTORNEYS FOR PLAINTIFF

By /s /Samuel D. Berns (*authorized on 3/21/19*)
    Samuel D. Berns
    Michael Mapes

**ORDER**

Having considered the parties' Stipulation and good cause appearing:

**IT IS HEREBY ORDERED** that that date for Defendants COUNTY OF YUBA; JEREMY STRANG, JOHN JACENICH and MELANIE MARQUEZ to respond to the Second Amended Complaint of Plaintiff is hereby extended to April 5, 2019.

**IT IS SO ORDERED.**

Dated: 3/22/2019                      /s/ John A. Mendez_____
                                            HON. JOHN A. MENDEZ
                                            United States District Court Judge