**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants COUNTY OF YUBA, JEREMY STRANG, JOHN JACENICH and MELANIE MARQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GREEN, individually and doing business as GREEN SOLUTIONS, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF YUBA; JEREMY STRANG, individually and in his official capacity; JOHN JACENICH, individually and his official capacity; MELANIE MARQUEZ, individually and in her official capacity And DOES 1-10 inclusive, <br><br> Defendants. <br> _____ / | CASE NO.  2:18-CV-02234-JAM-AC <br><br> **JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER** <br><br><br> Complaint: 08/16/18 <br> First Amended Complaint: 11/14/19 <br> Second Amended Complaint: 3/8/19 |

The parties, by and through their respective undersigned counsel, hereby stipulate to modify the Pretrial Scheduling Order (ECF No. 24) as follows:

Good cause exists to modify the current scheduling order. California's new COVID-19 cases have hit a record high in passing weeks leading Governor Gavin Newsom to revive parts of the state's sweeping lockdown. The COVID-19 restrictions have continued to hamper discovery and put the previous scheduling order dates into question. In light of the recent surge, and the continued social distancing and other restrictions, as well as the burden placed on the court because

{02337332.DOCX}                                                           1
**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**

of delayed criminal and civil trials, both parties recognize that trial is potentially unlikely to proceed as currently scheduled. Additionally, both parties have actively been conducting discovery, including recently completing Plaintiff's deposition and written discovery. Defendants require more time to complete their production of documents in this matter and Plaintiff requests that document production be complete prior to the taking of depositions, currently scheduled for January. The current discovery deadline in this matter is scheduled for January 15, 2021.

In light of the continued challenges presented in doing discovery in the COVID-19 restrictions under State and local orders, the parties agreed to modify the current scheduling order that extends discovery until April 15, 2021, allows dispositive motions be filed by June 25, 2021, for a hearing convenient to the court. The parties also suggest the Pretrial Conference be scheduled for August 27, 2021, or when convenient for the court, for a trial date in October or November 2021.

Respectfully submitted,

Dated: December 21, 2020   PORTER SCOTT
PROFESSIONAL CORPORATION

By   /s/ John R. Whitefleet
John R. Whitefleet
Attorney for Defendants COUNTY OF YUBA, JEREMY STRANG, JOHN JACENICH and MELANIE MARQUEZ

Dated: December 21, 2020   ATTORNEYS FOR PLAINTIFF

By    /s/ Samuel D. Berns (authorized on 12.18.20)
Samuel D. Berns
Michael Mapes

{02337332.DOCX}   2
**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**

# **ORDER**

Good cause appearing, it is so ordered. Discovery is extended to April 15, 2021. Dispositive motions shall be filed by June 25, 2021, for a hearing on August 10, 2021. Pretrial Conference is continued to September 24, 2021 at 10:00 AM, and Trial is set to commence on November 8, 2021 at 9:00 AM.

Dated:  December 21, 2020                              /s/ John A. Mendez
                                                                         THE HONORABLE JOHN A. MENDEZ
                                                                         UNITED STATES DISTRICT COURT JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{02337332.DOCX}                                    3
**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**