UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF YUBA, et al.,<br><br>    Defendants. | No. 2:18-cv-02234 JAM AC<br><br><br>ORDER |

On May 25, 2021, plaintiff filed a motion to compel discovery and noticed a hearing before the District Judge for June 22, 2021. ECF No. 32. The District Judge entered a minute order vacating the hearing and instructing plaintiff to comply with Local. Rule 302(c)(21) and re-notice the motion before the undersigned. Id. Plaintiff has not re-noticed the motion. Nonetheless, the undersigned notes that discovery in this matter was to be completed by April 15, 2021. ECF No. 27. The court's pre-trial scheduling order specified that "completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with." ECF No. 24 at 1.

Plaintiff's motion to compel is untimely and therefore will not be considered. The parties are free to continue to engage in informal negotiations regarding discovery, but the right to seek

enforcement by this court expired on April 15, 2021.  ECF No. 27.  Because plaintiff's motion (ECF No. 32) is untimely it is summarily DENIED.

IT IS SO ORDERED.

DATED: June 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE